

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2015

No. 04-14-00732-CR

Michael Angel **SANCHEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR7301
Honorable Sid L. Harle, Judge Presiding

## O R D E R

Appellant's brief was originally due on December 29, 2014. On December 22, 2014, Appellant filed a motion for extension of time requesting an extension of ninety days. On January 5, 2015, this court issued an order granting Appellant's motion, IN PART. We ordered Appellant to file his brief with this court no later than January 29, 2015. On January 28, 2015, Appellant filed a second motion for extension of time, seeking an additional ninety days from the January 29, 2015 date.

Appellant's second motion for extension of time to file his brief is GRANTED IN PART. Appellant's brief must be filed with this court by March 2, 2015. *Absent written proof of extenuating circumstances, no further extensions of time to file Appellant's brief will be granted.*

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court